**E-filed 5/3/06**

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  EDWARD TORPOCO (CSBN 200653)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7071
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-00715-3 JF (HRL) |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING |
| v. | |
| MING SUN, | |
| Defendant. | |

The parties stipulate as follows:

1. Defendant Ming Sun is presently scheduled for sentencing on Wednesday, May 3, 2006, at 9:00 a.m.

2. Pursuant to his federal cooperation agreement, the Defendant has agreed to testify in a Santa Clara Superior Court case as a trial witness. The trial is expected to commence in the coming days.

3. The parties wish to provide the Defendant with a full opportunity to provide substantial assistance to the government prior to sentencing. Accordingly, the parties jointly request that the Defendant's sentencing be continued from May 3, 2006, at 9:00 a.m., to May 24, 2006, at 9:00 a.m.

STIPULATION AND ORDER
(CR 05-00715-3 JF)

1      4. The United States has cleared the new proposed date with U.S. Probation and the
2  Court's Courtroom Clerk.
3      IT IS SO STIPULATED.

5      DATED: ___5/1/06____            __/S/ EDWARD TORPOCO___
                                                     EDWARD TORPOCO
6                                                       Assistant U.S. Attorney

8      DATED: __5/1/06_____            __/S/ MIKE ARMSTRONG for_____
                                                      DANIEL BARTON
9                                                       Counsel for Defendant Ming Sun

10     The sentencing hearing for Defendant Ming Sun is hereby continued from May 3, 2006,
11 at 9:00 a.m. to May 24, 2006, at 9:00 a.m.
12     PURSUANT TO STIPULATION, IT IS SO ORDERED.

14     DATED: __5/1/06_____
15                                                     HON. JEREMY FOGEL
                                                    United States District Judge

28 STIPULATION AND ORDER
(CR 05-00715-3 JF)